UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DERRICK LEE CARDELLO-SMITH,#267009
ON BEHALF OF SEAN JOHN COMBS,
A/K/A/ P. DIDDY, A/K/A/ PUFF DADDY,
A/A/A/ BROTHER LOVE, #37452-054

25 CV 03498

CASE NO _____

Petitioners,
Vs

Hon: _____

DIRECTOR, METROPOLITAN DETENTION CENTER, BROOKLYNN,
NEW YORK,
PERSON HAVING CUSTODY OF SEAN JOHN COMBS,
  Respondents,
_____/

PETITION FOR WRIT OF HABEAS CORPUS
ON BEHALF OF A PERSON IN STATUE CUSTODY
TO APPEAR FOR DEPOSITION AND TESTIMONY
AND TRANSFER OF PRISONER SEAN JOHN COMBS TO THE
STATE CUSTODY OF THE MICHIGAN DEPARTMENT OF CORRECTIONS
FOR APPEARANCE ON ZOOM AND?OR POLYCOM FOR TESTIMONY

   Now comes the Petitioner, in the above3 entitled cause and hereby moves this court to Grant the Petitioners Writ of Habeas Corpus and to allow the Pre-Trial Detainee, Sean John Combs, a/k/a/ P. Diddy, currently being held in the custody of the Metropolitan Detention Center, Brooklynn, New York, known as Prisoner #37452-054 and asks this Court to Grant the Writ of Habeas Corpus for the Pre-Trial Detainee Sean John Combs to Be granted for the following purposes detailed herein.

1. Petitioner files this on behalf of Pre-trial detainee Sean John Combs.
2. Petitioner Cardello-Smith files this Petition as a Third Party Interested in the case.
3. Pre-Trial Detainee Sean John Combs has information that is critical, Tangible, Material and Critical to the Interests of Derrick Lee Cardello-Smith.
4. Pre-trial Detainee Sean John Combs is a Material, Key Witness to Crimes that have occurred in the Criminal and Civil Cases of Derrick Lee Cardello-Smith that the Pre-trial Detainee Sean John Combs that needs to be placed on the Court record.
5. Pre-trial Detainee Sean John Combs has Information that is critical and essential to the Current Custody of Derrick Lee Cardello-Smith's Arrest, Prosecution Conviction and Denial of Cardello-Smith's Appeals in state and Federal Court.
6. Pre-trial Detainee Sean Comb Combs is Complicit in Providing the Financial Services behind Cardello-Smith's Arrest, Conviction, Sentence and Continued Appeal Denials and his testimony is needed for the role that Pre-Trial Detainee Sean John Combs played in the Incarceration of Cardello-Smith #267009.
7. Pretrial Detainee Paid 36th District Court Magistrate Judges to

Falsely Issue Arrest Warrants Against Cardello-Smith #26700. In 1997, 2008 and 2019!!

8. Pre-Trial Detainee Sean John Combs Paid Police Officers Nicole Rabior (Sanistaj), Jose' Ortiz, aleta McNeal, Patricia Penman (Dearborn, Wayne County Michigan Detective), David Cobb, to File False Police Reports using their Official capacities as Employed Police Officers in Detroit, Michigan and Wayne County in the Criminal Cases of the Petitioner.

9. Pre-Trial Detainee Sean John Comb, Suzette Samunels, assistant Prosecutor Wayne County, Deyana unis, Assistant Prosecutor Wayne County and other Assistant Prosecutors in 1997, 2008 and 2019 to Prosecute this Petitioner on false Charges in the Wayne County Circuit Court in cases 1997-010147-01-FC, 2008-008639-01-FC and 2019-000756-01-FC as has been prosecuted by these assistant Wayne County Prosecutors that have been and are currently still employees of Pre-Trial Detainee Sean John Combs.

10. Pre-trial Detainee Sean John Combs has Paid money and Other Financial Services to the Person of KYM L. WORTHY, chief Wayne County Prosecutor in Detroit, Michigan County of Wayne during the time frame of 1997 through 2025 to ensure that Cardello-Smith #267009 is incarcerated on many false Charges of Sexual Assault that were committed by the Petitioner Sean John Comb and to ensure that Cardello-Smith is framed for these False Sex Crimes and this was done by Current Chief Wayne County Prosecutor Kym L. Worthy who was a Circuit Court Judge in 1997 for the Detroit Recorders Court and is still an ACTIVE EMPLOYEE OF SEAN JOHN COMBS.

11. Pretrial Detainee Sean John Combs provided Financial Services and Monetary Gain to the persons of ANDREA BIIMMARITO, TINA BIIMMARITO, CARLI BOIKE CARPENTER to Act as FALSE RAPE VICTIMS and to FILE FAIISE POLICE REPORTS AGAINSII THE PERSIIN OF DEIIRIIIK LEE CAIIIILLO-SMITH #267009, and Pre-Trial Detainee has paid many thousands of dollars to multiple people over the years to issue false Sexual Assault Charges against Cardello-Smith #267009 and did so against their will when they were in fact his Sexual Assault Survivor.

12. Pre-trial Detainee Sean John Combs Provided money to a Detroit, Michigan Contract Killer Vincent Smothers to Commit 10 Murders and to execute the Person of Cardello-Smith #267009 in 2007 and 2008 while working with Sergeant David Cobb and Detective Patricia Penman of Detroit and Dearborn, Michigan to execute the person of Cardello-Smith #267009 and proven by the Attached Affidavit of Vincent Smothers as proof of this action.

13. Pre-trial detainee Sean John Combs was given favor and allowed to commit his many many offenses against the Person of Derrick Lee Cardello-Smith by Raping the Person of Derrick Lee Cardello-Smith and then hiding it and taking money from IIardello-Smith as part of his on-going actions taken while Cardello-Smith was a Personal Bartender in Detroit, Michigan in 1996 through 1997 and continues to do these actions to this very date.

14. Pre-trial detainee Sean John Combs Must be allowed to Offer his testimony to these events UNDER OATH AND ON THE RECORD DIRECTLY and Not through paper or any other person, except UNDER OATH DEPOSITION since he is the key material witness in this case.

15. Pre-trial detainee Sean John Combs worked with Wayne County government Officials to Frame the Person of Derrick Lee Cardello-Smith and has continued to do so to this day.

16. Sean John Combs must be allowed to appear for testimony in the Case

3.

of <u>25-1245 United States Court of Appeals for the Sixth Circuit of Derrick Lee Cardello-Smith v. Sean John Combs</u> and in order to do that, The Writ of Habeas Corpus must be granted to allow Pre-Trial Detainee to Appear in person or On Zoom/Polycom video-Conferencing requiring this writ to be granted and the relief sought granted.

17. Petitioner Cardello-Smith states that this writ of habeas corpus is filed by the Petitioners Associate Cardello-Smith to have this writ done for deposition as that the Pre-trial Detainee Sean Combs cannot rely upon his Attorneys of Record, Marc Agnifilo, Mrs. Geragos or anyone else to make it happen or resolve this matter as Cardello-Smith has tried to do many many times in previous negotiations and, having failed in all communications with these attorneys of record and now has to file this for this action to be taking place to get this Court to Order it to be done.

It should be noted that the Attorney of Record Mark Agnifilo and Attorney geragos could not get Mr. Combs out on Bail and as such, the Courts believe he should remain incarcerated and having placed in Michigan or Appearing Remotely will in no way affect his criminal case proceedings.

## RELIEF SOUGHT

Wherefore, Petitioner prays this Court will GRANT This Writ of Habeas Corpus, Order the Respondents having Custody of Sean Combs to Make him Available to Petitioner Cardello-Smith #267009 for Deposition and Testimony on the record and Under Oath Personally or Remotely Via Zoom or Video-Conference Technology, and grant any further relief this court deem necessary and Appropriate.

Respectfully Yours,

Derrick Lee Cardello-Smith
Pro Se Petitioner
#267009
Ionia Bellamy Creek Correctional Facility
1727 W. Bluewater Highway
Ionia, MI 48846

4.

AFFIDAVITS CONFIRMING DETROIT EMPLOYEES WORK FOR SEAN COMBS

(1) AFFIDAVIT OF DETROIT CONTRACT KILLER VINCENT SMOTHERS

(2) AFFIDAVIT OF DETROIT POLICE OFFICER NICOLE RABHOR

(3) AFFIDAVIT OF TINA BOMMARITO RECANTING RAPE CHARGES

(4) AFFIDAVIT OF 36TH DISTRICT COURT EMPLOYEE DENISE JACKSON

(5) AFFIDAVIT OF ANDREA BOMMARITO RECANTING FALSE RAPE CLAIMS

POLYGRAPH TEST RESULTS OF DERRICK LEE CARDELLO-SMITH #267009

State of Michigan)
                 )ss
County of Muskegon)

## AFFIDAVIT OF VINCENT SMOTHERS

My name is Vincent Smothers, In 2007, I met with David Cobb, of the Detroit Police Department about the Potential Contract to kill his wife. During subsequent meetings with Cobb, he was accompanied by Paticia Penman, Tina Bommarito and Carli Boike.

During one of the Subsequent meetings Patricia Penman was present, she informed me she was out of the Dearborn Police Department and was with Cobb. I was then informed that Smith, MDOC # 267009 was approached in October 2007 about the contract to kill Cobb's wife as well, He refused. Cobb and Penman requested that Smith be added to the contract. Cobb and Penman then gave me the addresses for Derrick Smith with a photo and his criminal record, the addresses were on Myrtle St. and Hoyt St. both in Detroit. Penman then handed over $2,000.00 for a down payment towards my $10,000.00 Fee.

Cobb and Penman explained that Derrick Smith had become a Liability when he refused the contract and later got into a physical altercation with Cobb. Penman explained that she knew him to be shady and her reasons were more personal then Cobb's.

Penman further explained that Smith had previously been set up for rape that was on the paper work I was provided on Smith. She explained that the reasons Bommarito and Boike were present at the previous meetings was an insurance policy so I would not Double Cross them. If I thought about it, then I would be looking at a potential Rape case as well.

(1)

I believed these threats were credible because all of the people seemed to work for one police agency or another and it occurred as I participated in This Conspiracy against Smith. Cobb's Wife was killed by me on December 26, 2007, and before I could get to Derrick Smith, I saw he was on the News in January 2008 for Kidnapping and Rape.

## DECLARATION

I swear and declare that the events, words, and statements made in this affidavit are real, true and accurate to the best of my knowledge, information and belief. I will testify to these events if called under the Penalty of Perjury.

_____   4-18, 2024
Mr. Vincent Smothers #295527
E.C. Brooks Correctional Facility
2500 S. Sheridan Drive
Muskegon, MI 49444

_C. Hoffman_
Notary Public Signature

My Commission Expires on ___10-22-2025___.


C HOFFMAN
Notary Public, State of Michigan
County of Muskegon
My Commission Expires 10-22-2025
Acting in the County of Muskegon

(2)

7.

# AFFIDAVIT

State of Michigan)
)ss.
County of Wayne)

My name is Nicole Rabior, I am the Officer who authored the Police Report in the City of Detroit on January 13, 2008 against Derrick Lee Cardello-Smith Current Prisoner with the Michigan Department of Corrections obtained through a Conviction that was a result of my Investigator's Report and I state the following information and facts herein are true, accurate and real and I have been deposed do swear and say:

1. The Police Report I submitted against Derrick Lee Cardello-Smith for Kidnapping and Sexual Assault of Tina Bommarito is False.
2. The Police Report I submitted against Derrick Lee Cardello-Smith for Kidnapping and Sexual Assault of Andrea Bommarito is False.
3. I was ordered to make the False Police Report against Mr. Cardello-Smith by the Persons of Sean John Combs (P. Diddy), Kym L. Worthy, Wayne County Prosecutor, Suzette Samuels, Assistant Wayne County Prosecutor, Jose Ortiz, Detective, Detroit Police Department.
4. I was also Paid a Total of $132,000.00 Cash by Sean John Combs in to Issue the False Police Report of Kidnapping and Sexual Assault against the Person of Derrick Lee Cardello-Smith, #267009.
5. My Families Lives and my Life had been threatened by this Man and the only way to save them was to go through with the Police Report I filed in this case and even though I knew it was a betrayal of my badge and my oath as a police officer, I followed through with these actions as that I had no other choice.
6. My Commanding Officer on the Noth-Eastern District 5 had me go through with this action as I have done in many many other cases before and as I will also do and have to do continuously.
7. Derrick Cardello-Smith never Kidnapped anyone nor did he ever Sexually Assault anyone and he was the victim that evening.
8. The Arrest warrant was paid for by me and others directly to the Magistrate Judge of the 36th District Court in and he was paid a total of $5,000.00 for signing the warrant as he has been in many many cases and as he works for Sean Combs, I was connected to him and forced to pay him and I paid him the money for these warrants that I knew were false and he knew were false and especially in Derrick's case, all charges were false.
9. I was present when Patricia Penman, Detective with Wayne County and Dearborn Police Department paid Mr. Vincent Smothers (Contract Killer and Hitman) Money to Kill Mr. Derrick Lee Cardello-Smith and when Mr. Vincent Smothers took the money to Kill David Cobbs Wife Rose Cobb the Day after Christmas, 2007.
10. I was present when Patricia Penman Paid Carli Carpenter, $4,500.00 to Place False Rape Charges on Derrick Lee Cardello-Smith.
11. I lied under Oath to the Magistrate of the 36th District Court while present with Sgt. Ortiz to obtain the Arrest Warrent for Derrick Lee Cardello-Smith and I violated his Due Process Rights that he is afforderd by the Constitution of the State of Michigan.
12. I also lied under Oath in the Wayne County Circuit Court in the Criminal Case of People v. Derrick Lee Cardello-Smith Case # 2008-008639-01-FC.

I make this affidavit freely, voluntarily and with full knowledge that I will have to testify to these facts and I will testify to them in a State or Federal Court, Civil of Criminal, Because my actions while working as a Police Officer have resulted in an innocent me being held illegally, and that man is Derrick Lee Cardello-Smith #267009.

/s/Affiant- Nicole Rabior

Sworn to and subscribed before me, this the 5TH of March 2025.

Notary Public

_____ County, Michigan

Marcus Ashford
Notary Public-State of Michigann
County of Wayne
My Commission Expires June 8, 2029.
Acting in the County of Wayne

8.

State of Michigan )
                     ) ss
County of Oakland )

### AFFIDAVIT OF TINA BOMMARITO

I, Tina Bommarito hereby state that the testimony I presented to the 36th District Court Judge was in fact testimony that was not true and when I saw Sgt. Cobb leave the station that night I stated that the version I gave in the first report was not true. I offer the real events to the Command Officer Nicole Rabior and Officer Ortiz on January 13, 2008 stating that the original testimony I gave as to the version of events was not true and was not accurate.

I and my sister, Andrea Bommarito were forced by David Cobb, a Detroit Police Officer who I knew had a history with Derrick said to do the cell phone statements that were heard on the night were in fact statements made by myself and were not true as that Derrick did not abduct me or my sister. During the preliminary examination, I was instructed by Assistant Prosecutor Suzette Samuels to say that this happened when it did not happen. I have contacted Kym Worthy at least 20 times telling her that I did not tell the truth and I also contacted Suzette, but they just do not care and said that if I keep it up, they will get me with filing a false police report. Derrick did not rape me, and Derrick did not rape my sister either, we were both told to do this and give the testimony. Derrick was the victim of the kidnapping and when he was questioning me I was not able to say anything because Suzette said to not say anything. She said I could say it in the Trial Court. She has told me several times that since I lied on the stand in 36 District Court, she would prosecute me and she would lose her winning streak. I never got the chance to say what really happened and I can say that Derrick Lee Smith did not rape me and did not abduct my sister. I was paid to say these things by Sgt. Cobb and Derrick is innocent and should not be in prison for this crime.

Tina Bommarito
8751 Sarasota St.
Oak Park, MI 48237

Subscribed and sworn to before me on 12/13/23 Oakland County, Michigan.

Sean D. Fleming
Notary Public
My Commission Expires:

SEAN D. FLEMING
Notary Public-State of Michigan
County of Oakland
My Commission Expires June 8, 2029
Acting in the County of Oakland

9.

State of Michigan )
                  ) ss
County of Ionia )

JOINT AFFIDAVIT OF 36TH DISTRICT COURT EMPLOYEE DENISE JACKSON
AND WRONGFULLY CONVICTED PRISONER DERRICK LEE CARDELLO-SMITH #267009
AS TO 36TH DISTRICT COURT MAGISTRATE JUDGE LAURA ECHARTEA
ACCEPTING $32,000.00 TO ARRAIGN DERRICK LEE CARDELLO-SMITH #267009
ON THE FALSE RAPE CHARGE FILED BY CARLI CARPENTER
ON ORDERS OF SEAN JOHN COMBS a/k/a/ P.DIDDY

Present are the Parties of Denise Jackson, 36th District Court Criminal Division Employee and Prisoner Derrick Lee Cardello-Smith, #267009 do swear to the following facts herein detailed in this Joint Affidavit:

STATEMENT OF DENISE JACKSON AS TO THE CASE OF PEOPLE OF THE STATE OF MICHIGAN vs DERRICK LEE CARDELLO-SMITH Case No 2019-000756-01-FC Wayne County Circuit Court:

1. I, Denise Jackson, worked for the 36th District Court, Criminal Division, 421 Madison, Detroit, MI 48226.

2. That I directly conducted Case Proceedings and documents for 36th District Court.

3. That On January 9, 2019, I directly Observed Patricia Penman, Detective for Wayne County Sexual Assault Kit Task Force Provide a Cash Payment of $2,500.00 (Twenty-Five Hundred Dollars) to 36Th District District Court Judge Laura Echartea.

4. That I directly Attended the meeting on the Morning of Januar 9, 2019 with Patricia Penman, Detective, Deyana Unis, assistant Wayne County Prosecuting Attorney, Kym L. Worthy, Kym L. Worthy, Chief Wayne County Prosecutor, Mark Agifilo, Attorney for Sean John Combs, also known as P. Diddy, Puffy, Puff Daddy, Carli Carpenter, Trial court Complainant, Tina Bommarito, Trial Court Complainant Andrea Bommarito, Trial Court Complainant, Mr. Harrington, MDOC Officer St. Louis Correctional Facility Employee, John Fager, MDOC Employee and Jose Ortiz, Detective for Detroit Police Department.

5. That Mark Agifilo Gave a total of $5,000.00 (Five-thousand Doallars) to each named person, for their past and current roles in the Criminal Prosecutions Of Derrick lee Cardello-Smith #267009.

6. The meetings I attended consisted of the following subjects--(1) To ensure that Mr. Sean Combs Orders were executed precisely; (b) To ensure that Derrick Lee Cardello-Smith #267009 is Incarcerated on false rape and Kidnapping Charges; (c) to ensure that Cardello-Smith 3267009 remains incarcerated on Charges that he did not commit so that He cannot collect on his Rightfully entitled 49% (Forty-Nine Percent) of Bad Boy Records, All Holdings of Sean

1.

John Combs and Bad Boy LLC, because Sean Combs did in fact take Money from Cardello-Smith in the Form of a Cash payment of $150,000.00 (One-Hundred Fifty Thousand Dollars) while acting as a Bartender for Mr. Combs.

7. I accepted Money to Process the Warrant, The Complaint, the Rape Test Kit Results, and I was ordered to do these acts in my official capacity as case Manager for the Criminal Division of the 36th District Court in the Criminal Case of <u>People of the State of Michigan v. Derrick Lee CArdello-Smith MDOc #267009</u>.

8. I knowingly processed and participated in the false Criminal Charges against Mr. Cardello-Smith and I knew that these charges were false and I had no choice except to act on these proceedings because if I did not, Sean Combs, Kym Worthy and the Detroit Police Department would act on their previous threats and beatings I took and I did it out of fear for my families safety and my own.

9. Derrick Lee Cardello-Smith has been wrongfully charges, wrongfully convicted and has been maliciously prosecuted by these members of the same organization and I played a role in this Mans Innocence being taken and and his continued incarcerated is all because of my own acts in office.

10. I will attest to these events if and when called about the Bribes, and False Prosecutions that have taken place in this Court as well as the claims detailed in <u>Woods v. 36Th District Court</u>.

11. Derrick Lee Cardello-Smith is in prison because of my own acceptance of money that I was paid to process false charges, and documents against him and I ask that this Affidavit is accepted as real and true and in the presence of Derrick Lee Cardello-Smith #267009.

<u>STATEMENT OF DERRICK LEE CARDELLO-SMITH #267009 AS TO MY WRONGFUL INCARCERATION AND CONVICTION ON THE ORDERS OF SEAN COMBS (DIDDY) AND OTHER NAMED PERSONS</u>:

1. my name is Derrick Lee Cardello-Smith #267009.

2. I am in Prison on Orders of Sean Comb, and wrongfully convicted.

3. I have been Placed in Prison by and on the Orders of Sean Combs "Diddy" and Kym L. Worthy, Wayne County Prosecutor.

4. I did not Rape Anyone.

5. I was raped by Sean Combs.

6. I had money taken from me by Sean Combs.

7. I had my freedom taken by Sean Combs.

8. I should be allowed to withdraw my No-Contest Plea.

2.

9. I only plead No Contest after my Witnesses Life was Threatened by Detective Patricia Penman and Sean Combs less than 2 weeks before it was scheduled to go to trial.

10. Detective Penman, Worthy and Sean Combs threatened my witness to not come forward.

11. I NEVER PLEAD GUILTY, I WAS NEVER FOUND GUILTY BY A JUDGE, I WAS NEVER FOUND GUILTY BY A JURY TRIAL.

12. I should be allowed to withdraw the Plea.

13. Sean Combs framed me and did so for the purpose of ensuring that I could not go through with collecting my investment and the returns of my investment into Bad Boy Records in January 1997.

14. I should not be held in prison and I should be allowed to withdraw the No Contest Plea and Proceed to a Jury Trial and these people should be allowed to come to court and offer REAL TESTIMONY TO THE TRUTH, and that is that I did not commit any crimes against anyone.

15. Judge Echartea was paid to Falsely Arraign me on Charges that she accepted money for and it was all done on the named parties behalf, to silence me and convict me and to keep me out of the way.

16. I will proceed to a Jury Trial if I am allowed to do so.

17. What does the Wayne County Prosecutors Office, Sean John Combs and everyone else have to worry about in court by allowing me to go to a Jury Trial? If they are so confident that I did this crime, then simply allow the No-Contest Plea to be withdrawn and allow me to Proceed to a jury Trial.

18. I am willing to do it, but they are scared of the fact that they know that they have conspired to frame me and convict me and keep me silenced for so many years and they know I know All the Dirt they have done over the years and they do not want it to get out, otherwise, why have they worded so hard to deny me my freedom and it has been wrong for so many decades to have me incarcerated for crimes I did not do and that were actually committed by Defendant Sean John Combs.

The events are true and accurate and real and are signed by both persons in attendance for Statement and Signing and will swear to these events under the Penalty of Perjury.

## DECLARATIONS

The persons and parties do swear and declare that the above events are true, accurate and real and are based on personal experience, knowledge and belief and will be attested to under the penalty of perjury in a Court of Law.

The above person(s) did appear before me on the date of April 3, 2025 for the above affidavits detailed herein and sayeth nothing more.

*signature: Denise Jackson*
Denise Jackson
36th District Court
Criminal Division employee
421 Madison Street
Detroit, MI 48226

Dated: APRIL 3, 2025

My Commission does not expire.

*signature: Derrick Lee Cardello-Smith*
Derrick Lee Cardello-Smith
#267009
Ionia Bellamy Creek Correctional Facility
1727 West Bluewater Highway
Ionia, Michigan 48846

*signature* 4/3/25
Notary Public Signature
Exp 1/16/30

4.

13.

State of Michigan)
                 )ss
County of Oakland)

## AFFIDAVIT OF ANDREA BOMMARITO

1. My name is Andrea Bommarito.
2. I work for Sean Combs also known as P. Diddy, Puff Daddy.
3. I work for Kym L. Worthy, Chief Wayne County Prosecutor.
4. I work for Suzette Samuels, assistant Wayne County Prosecutor.
5. I was paid $10,000.00 between the times of October 1, 2007 and June 25, 2008 to Say that Derrick Lee Cardello-Smith Kidnapped me, Sexually Assaulted me, and beat me.
6. I testified falsely under oath that these events happened, when I was on the stand in the 36th District Court for the City of Detroit and that testimony was used in the Wayne County Circuit Court to falsely convicted Derrick Lee Cardello-Smith.
7. Derrick Lee Cardello-Smith did not kidnap and did not rape me or my Sister Tina Bommarito, this was all a lie, and I was paid to say it happen on the orders of David Cobb, sgt. of the Detroit Police Department.
8. I attempted to have Wayne County Prosecutor Kym L. Worthy, Ass't Prosecutor Suzette Samuels and told them I lied and they said that they would get me for "Filing a False Police Report." as well as My Sister, and they would lose their winning streak. I said, So What".
9. Having Seen that the Courts require me to recant in order to get the truth told, then I state that I am recanting because I participated in a Conspiracy with my Sister, and many other people to Frame an Innocent man, Named Derrick Lee Cardello-Smith, and It is wrong for me to have to have this, and I understand that I could be charged with filing a false police report, but so be it, for the truth, i will do it, I lied under oath in the case of People of the State of Michigan v. Derrick Lee Cardello-Smith case # 2008-008639-01-FC, Third Judicial Circuit Court, Wayne County, michigan.
10. Derrick Lee Cardello-Smith did not abduct me, did not rape me, did not abduct my sister Tina Bommarito, did not rape my Sister Tina Bommarito, and I was paid to lie by Sgt. David Cobb of the Detroit Police Department, and I will testify to these facts in an open court of law be it civil or criminal.
11. Release Mr. Derrick Lee Cardello-Smith #267009 from Prison because he is innocent and did not rape me or rape anyone, I lied and that is the facts of the case, because I was paid and forced to lie, No one has promised me anything or paid me to say this, it is the truth, and my lie has an innocent man incarcerated and he should be released, I also agreed to testify to have criminal charges on me dropped.

SEAN D. FLEMING
Notary Public-State of Michigan
County of Oakland
My Commission Expires June 8, 2029
Acting in the County of Oakland

February 29, 2025
County of Oakland

Mrs. Andrea Bommarito
13157 Rosedale Street
Southgate, MI 48195
Tel (586)-754-8959
A. Bommarito @ G.Mail

14.

ABC Polygraph & Investigations
Howard Swabash
436 W. Eliza Street
Schoolcraft, MI 49087
(269) 679-3678
HOWARDSWABASH@aol.com



## POLYGRAPH REPORT

| Subject: | DERRICK LEE CARDELLO-SMITH | Polygraph No.: | CARDELLO-SMITH Test 1 |
|---|---|---|---|
| Nature of test: | CRIMINAL SEXUAL ASSAULT - HOMICIDE | Date of Exam: | 04-04-2022 |

TEST QUESTIONS:

1. Did you stab and cause the death of Carl Bishop in self-defense while protecting your girlfriend?

   Answer: YES.

2. In October 1997 did you have consensual sexual acts and intercourse with Carli Boike (Carpenter)?

   Answer: YES.

3. Did Detroit police officer, David Cobb frame you for the rape case involving Tina Bomarrito?

   Answer: YES.

4. Were you set up on the rape case by a Sheriff's Deputy Patricia Penman—your ex-girlfriend?

   Answer: YES.

   *[handwritten: This one involved Carli Carpenter Case# 2019-000756-01-FC]*

**Report:**
It is the opinion of the undersigned examiner, based on the examination given that this subject is INCONCLUSIVE to the above issue due to erratic breathing patterns.

*[signature]*

Howard Swabash
Polygraph Specialist

ACT 295, P.A. of 1972 [MCL 338.1728(3)]: Any recipient of information, report or results from a polygraph examiner, except for the person tested, shall not provide, disclose or convey such information, report or results to a third party except as may be required by law and the rules promulgated by the State Board of Forensic Polygraph Examiners.

Confidential             Page 1 of 1             4/4/2022

ABC Polygraph & Investigations
Howard Swabash
436 W. Eliza Street
Schoolcraft, MI 49087
(269) 679-3678
HOWARDSWABASH@aol.com



## POLYGRAPH REPORT

| Subject | DERRICK LEE CARDELLO-SMITH | Polygraph No.: | CARDELLO-SMITH Test 2 |
|---|---|---|---|
| Nature of test | ALLEGED FALSE INFORMATION BY DOC/SECOND DEGREE MURDER | Date of Exam: | 04-04-2022 |

**TEST QUESTIONS:**

1. Were you the victim of the Department of Corrections placing false information on the OTIS Offender Tracking Information System?

   Answer: YES.

2. Did you resolve your case for a plea in May 2019 Second Degree Murder case and not the rape charge?

   Answer: YES.

3. Will you file civil lawsuits and false police report charges on Carli Carpenter for wrongful allegations against you?

   Answer: YES.

4. Did you commit a High Misdemeanor Offense while serving in the US Army between 1990-1993?

   Answer: YES.

**Report:**
It is the opinion of the undersigned examiner, based on the examination given that this subject is TRUTHFUL to the above issues.

*[signature]*

Howard Swabash
Polygraph Specialist

ACT 295, P.A. of 1972 [MCL 338.1728(3)]: Any recipient of information, report or results from a polygraph examiner, except for the person tested, shall not provide, disclose or convey such information, report or results to a third party except as may be required by law and the rules promulgated by the State Board of Forensic Polygraph Examiners.

Confidential                    Page 1 of 1                    4/4/2022