UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DERRICK LEE CARDELLO-SMITH, #267009
ON BEHALF OF SEAN JOHN COMBS,
A/K/A/ P. DIDDY, A/K/A/ PUFF DADDY,
A/A/A/ BROTHER LOVE, #37452-054

CASE NO. 25 CV 03498

Petitioners,

Vs                                                    Hon:_____

DIRECTOR, METROPOLITAN DETENTION CENTER, BROOKLYNN,
NEW YORK,
PERSON HAVING CUSTODY OF SEAN JOHN COMBS,
  Respondents,
_____/

PETITION FOR WRIT OF HABEAS CORPUS
ON BEHALF OF A PERSON IN STATUE CUSTODY
TO APPEAR FOR DEPOSITION AND TESTIMONY
AND TRANSFER OF PRISONER SEAN JOHN COMBS TO THE
STATE CUSTODY OF THE MICHIGAN DEPARTMENT OF CORRECTIONS
FOR APPEARANCE ON ZOOM AND/OR POLYCOM FOR TESTIMONY

PERSON IN CUSTODY

SEAN JOHN COMBS
#37452-054
80 29Th Street
Brooklynn, New York 11232

This is who the Writ of Habeas Corpus is on behalf of as to the Pre-Trial Detainee.

Thank you.

Mr. Derrick Lee Cardello-Smith
#267009
IBC-1727 W. Bluewater Highway
Ionia, MI 48846

1.